UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Granite Re, Inc.,

   Plaintiff,        Civil No. 08-441 (RHK/RLE)

vs.

               **ORDER**

City of La Crescent, a Minnesota municipal
corporation, MinnComm Utility Construction
Co., a Minnesota corporation, Daniel J. Weidner,
Mary D. Weidner,

   Defendants.

---

  This matter is venued in the Fifth Division.

  All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  February 21, 2008

                 s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge